**JS–6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMEON JOHNSON<br><br>        Plaintiff(s),<br><br>    v.<br><br>SPECIALIZED UNIVERSITY PATHOLOGISTS<br><br><br><br>        Defendant(s). | CASE NO:<br>2:20–cv–11512–FMO–PLA<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

    Having been advised by counsel that the above–entitled action has been settled, IT IS ORDERED that the above–captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 45 **days from the filing date of this Order**, to re–open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

    **IT IS SO ORDERED.**

DATED: March 11, 2021                  _/s/ Fernando M. Olguin_
                                                  Fernando M. Olguin
                                                  United States District Judge